IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-01932-WYD

CENTER FOR BIOLOGICAL DIVERSITY
and TAYLOR MCKINNON,

    Plaintiffs

v.

SALLY JEWELL, Secretary of the Interior, and
U.S. FISH AND WILDLIFE SERVICE,

    Defendants.

---

**PROOF OF SERVICE**

---

    I hereby certify that the Complaint, Summons, and related papers in this case were served pursuant to Federal Rules of Civil Procedure, Rule 4(i) by certified mail, addressed as follows:

    Loretta Lynch
    Attorney General
    U.S. Dept. of Justice
    950 Pennsylvania Ave. NW
    Washington, D.C. 20530

    United States Attorney
     for the District of Colorado
    U.S. Attorneys Office
    1225 17th Street, Suite 700
    Denver, CO 80202

    Sally Jewell
    Secretary of Interior
    1849 C Street NW
    Washington, D.C. 20240

    U.S. Fish and Wildlife Service
    1849 C Street NW
    Washington, D.C. 20240

Respectfully submitted,


Dated: August 26, 2016  /s/ Neil Levine
Neil Levine (CO Bar No. 29083)
Law Office
4454 Tennyson Street
Denver, Colorado 80212
(303)-455-0604
nlevine@grandcanyontrust.org

John Buse (CA Bar No. 163156)
Center For Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7125
jbuse@biologicaldiversity.org

Attorneys for Plaintiffs
*Center for Biological Diversity and Taylor McKinnon*

CERTIFICATE OF SERVICE

      I hereby certify that on August 26, 2016, I electronically transmitted this Proof of Service to the Clerk's Office using the CM/ECF System for filing and service on Federal Defendants via:

MELE COLEMAN, Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0229
Mele.Coleman@usdoj.gov

                                              */s/ Neil Levine*
                                              Neil Levine