**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature X [illegible] AUG 0[?] 2016 ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
Loretta Lynch
Attorney General
US Dept of Justice
950 Pennsylvania Ave NW
Washington DC 20530

3. Service Type: ☒ Certified Mail® ☐ Priority Mail Express™ ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 2918 8451

PS Form 3811, July 2013   Domestic Return Receipt

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature X [signature: Thomas Dillard] ☐ Agent ☐ Addressee
B. Received by (Printed Name): Thomas Dillard
C. Date of Delivery: 8/9/2016
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
US Attorney for the
District of Colorado
US Attys Office
1225 17th St. Ste 700
Denver CO 80202

3. Service Type: ☒ Certified Mail® ☐ Priority Mail Express™ ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 2918 8468

PS Form 3811, July 2013   Domestic Return Receipt

---

**Receipt 3:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY
A. Signature X [signature: P McCian] ☐ Agent ☐ Addressee
B. Received by (Printed Name): P McCian
C. Date of Delivery: 8-5-16
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
Sally Jewell, Secy of Interior
1849 C Street, NW
Washington DC
20240

3. Service Type: ☒ Certified Mail® ☐ Priority Mail Express™ ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 2918 8444

PS Form 3811, July 2013   Domestic Return Receipt

---

**Receipt 4:**

COMPLETE THIS SECTION ON DELIVERY
A. Signature X Agent ☒ Agent ☐ Addressee
B. Received by (Printed Name): CCU@US FWS
C. Date of Delivery: AUG 05 2016
D. Is delivery address different from item 1? ☐ Yes ☐ No

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Fish + Wildlife Service
1849 C Street NW
Washington DC
20240

3. Service Type: ☒ Certified Mail® ☐ Priority Mail Express™ ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee) ☐ Yes