IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   16-cv-01932-WYD

CENTER FOR BIOLOGICAL DIVERSITY
and TAYLOR MCKINNON,

      Plaintiffs,

 v.

Sally (S.M.R.) JEWELL, Secretary of the United States
Department of the Interior, and the
UNITED STATES FISH AND WILDLIFE SERVICE,

      Defendants.

---

## AMENDED JOINT CASE MANAGEMENT PLAN FOR PETITION FOR REVIEW OF AGENCY ACTION

---

THIS MATTER comes before the Court on the Joint Motion to Amend Joint Case Management Plan.  (ECF No. 25).  The motion is **GRANTED**, and the Amended Joint Case Management Plan is entered as follows:

**1.**    **APPEARANCES OF COUNSEL**

For Plaintiffs:
Neil Levine
Law Office
4454 Tennyson Street
Denver, Colorado 80212
(303)-455-0604
nlevine@grandcanyontrust.org

John T. Buse
Center For Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7125
jbuse@biologicaldiversity.org

For Defendants:
Mele Coleman, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0229
E-mail: Mele.Coleman@usdoj.gov

For Defendants-Intervenors:
Lisa A. Reynolds
Colorado Department of Law
Natural Resources and Environment Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80209
Tel: (720) 508-6252
E-mail: lisa.reynolds@coag.gov

## 2.   <u>STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION</u>

Plaintiffs allege that this Court has jurisdiction based on the presentation of a federal question, 28 U.S.C. § 1331; the citizen-suit provision of the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g); and the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 551 *et seq.* (ECF 1 ¶ 4). Plaintiffs' lawsuit challenges a finding issued by the United States Fish and Wildlife Service ("FWS") that concludes adding the Rio Grande cutthroat trout to the Federal List of Endangered and Threatened Wildlife pursuant to the ESA is not warranted. 79 Fed. Reg. 59,140 (Oct. 1, 2014) ("2014 Not Warranted Finding"); ECF 1 ¶¶ 2, 3. Plaintiffs also challenge a joint "significant portion of range" policy that FWS relied on in making the 2014 Not Warranted Finding. 79 Fed. Reg. 37,578 (July 1, 2014) ("SPR Policy"); ECF 1 ¶ 3.

Plaintiffs allege that their requested relief is proper under the ESA, APA, and the Declaratory Judgment Act (28 U.S.C. §§ 2201-2202). Plaintiffs allege that jurisdiction is proper over both claims because over sixty days has passed since Plaintiffs sent a letter to FWS expressing an intent to file suit for ESA violations concerning both the 2014 Not Warranted Finding and the SPR Policy. ECF 1 ¶ 4.

Defendants deny all alleged legal violations and in addition to defending the agency actions at issue, Defendants may assert the following defenses: failure to state a claim, standing, and lack of subject-matter jurisdiction. Defendants do not waive their right to assert any other applicable defenses.

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Petition for Review Was Filed:**

Plaintiffs' Complaint for Declaratory and Injunctive Relief ("Complaint") was filed on July 29, 2016.

    **B.**    **Date Petition for Review Was Served on U.S. Attorney's Office:**

Plaintiffs' Complaint was served on the U.S. Attorney's Office on August 4, 2016.

    **C.**    **Date Answer or Other Response Was Filed:**

Defendants' Answer to Plaintiffs' Complaint was filed on October 3, 2016.

    **D.**    **Date Administrative Records Were Filed:**

Defendants' Administrative Records were filed on December 2, 2016.

4.      **STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

None.

5.      **OTHER MATTERS**

As set forth in their Answer and this Case Management Plan, Defendants may raise a standing defense, and reserve the right to raise other subject matter jurisdiction defenses. Discovery may be appropriate to address the factual issues concerning jurisdiction defenses. *See Colo. Envt'l Coal. v. Office of Legacy Mgmt.*, 2010 WL 231641, *3 (D. Colo. Jan. 14, 2010), citing, *Sizova v. Nat'l Inst. of Standards & Tech.*, 282 F.3d 1320, 1326 (10th Cir. 2002). If Defendants decide to raise a non-standing jurisdictional defense, Defendants' counsel will meet and confer with Plaintiffs' counsel (in person not required) at the earliest practicable time, and the parties will propose to the Court a schedule for jurisdictional discovery.

6.      **PROPOSED BRIEFING SCHEDULE**

The parties have conferred, and propose the schedule set forth below. The parties agree that the merits briefs shall comply with the rules of the United States Court of Appeals for the Tenth Circuit regarding length.

    **A.**    **Deadline for Parties to Confer on Record Disputes:**
        January 13, 2017

    **B.**    **Deadline for Filing Motions to Complete and/or Supplement the Administrative Records:**

February 3, 2017. Response and Reply deadlines for such motions are governed by D.C.COLO.L.Civ.R. 7.1(d), but the parties reserve the right to seek a mutually-acceptable modification of these deadlines via stipulation and proposed order, should the circumstances so necessitate.

**C.    Plaintiffs' Opening Brief Due:**

If neither party files a motion to complete and/or supplement the records by February 3, 2017, Plaintiffs' Opening Brief shall be filed no later than February 27, 2017.

If either party files a motion to complete or supplement the record, Plaintiffs' Opening Brief shall be filed no later than 45 days after resolution of such motion.

**D.    Defendants' Response Brief Due:**

45 days following the filing of Plaintiffs' Opening Brief.

**E.    Defendants-Intervenors' Response Brief Due:**

10 days following the filing of Defendants' Response Brief.

**F.    Plaintiffs' Reply Brief (If Any) Due:**

30 days following the filing of Defendants-Intervenors' Response Brief.

## 7.  STATEMENTS REGARDING ORAL ARGUMENT

**A.    Plaintiffs' Statement:**

Plaintiffs believe that oral argument may assist the court in ruling on both the jurisdictional issues, if any, and the merits.

**B.    Defendants' Statement:**

Defendants believe that oral argument will assist the Court in resolving Plaintiffs' claims.

**C.    Proposed Defendants-Intervenors' Statement**:

Proposed Defendants-Intervenors take no position regarding oral argument.

**8. *CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE***

***Indicate below the parties' consent choice.***

**A.     ( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.     (X)     All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**9.  OTHER MATTERS**

None at this time.

**10.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that this Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 19th day of December, 2016.

BY THE COURT

/s/ Wiley Y. Daniel
Wiley Y. Daniel,
Senior U.S. District Judge

APPROVED:

JOHN C. CRUDEN, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Mele Coleman*
MELE COLEMAN, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0229 (phone)
Mele.Coleman@usdoj.gov

*Attorneys for Defendants*

*/s/ Neil Levine*
Neil Levine (CO Bar No. 29083)
Law Office
4454 Tennyson Street
Denver, Colorado 80212
(303)-455-0604
nlevine@grandcanyontrust.org

John Buse (CA Bar No. 163156)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7125
jbuse@biologicaldiversity.org

*Attorneys for Plaintiffs*

*/s/ Lisa Reynolds*
Lisa Reynolds
Colorado Department of Law
Natural Resources and Environment Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado 80203
Lisa.reynolds@state.co.us

*Attorneys for Defendants-Intervenors*